COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| RACHEL HANH RODKE, | § | No. 08-16-00320-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150C06433) |
| | § | |

# O R D E R

Appellant's brief was not filed on or before the due date, March 8, 2017. The Court notified Appellant that her brief is past due and instructed her to file her brief or a motion for extension of time no later than March 24, 2017. Appellant has not filed her brief or an extension motion, and she has not filed any response to the Court's letter. Ordinarily, the Court is required to order the trial court to conduct a hearing to determine whether the brief has not been filed due to ineffective assistance of counsel. *See* TEX.R.APP.P. 38.8(b)(2). It is unnecessary to address this issue because Appellant is representing herself on appeal. *See* TEX.R.APP.P. 38.8(b). It is ordered that this appeal will be submitted on the record and without briefs.

IT IS SO ORDERED this 3rd day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.